```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :       16 CR 809(VM)
        -against-                  :          ORDER
                                   :
EMIL MATUTE,                       :
                                   :
                Defendant.         :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant shall be scheduled for Friday, December 11, 2020 at 2:00 p.m.

**SO ORDERED:**

Dated:   New York, New York
         10 July 2020

_____
Victor Marrero
U.S.D.J.